

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

**MICHAEL A. TROISI**
PARTNER
(516) 357-3158
michael.troisi@rivkin.com

September 4, 2024

> Initial conference is adjourned from September 5, 2024 to October 7, 2024 at 12:00 p.m.   Dial-In No.:  1-888-363-4749, Access Code:  3667981.
> SO ORDERED.
> Dated:  9/4/2024
>
> *P. Kevin Castel*
> P. Kevin Castel
> United States District Judge

**VIA ECF**

**Judge P. Kevin Castel**
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Joseph Eviatar and Eric Johnson v. The Cincinnati Insurance Company
      United States District Court, Southern District of New York
      Civil Action No. 1:24-04570-PKC

Dear Judge Castel:

The undersigned represents the Defendant, Cincinnati Insurance Company, in the above referenced action. This matter is currently scheduled for an Initial Pre-Trial Conference (telephonic) before your Honor tomorrow, September 5, 2024, at 3:00 PM.

 I write to respectfully request a brief adjournment of the Initial Pre-Trial Conference. This is the first request for an adjournment.  Plaintiff's counsel consents and joins in this request. The reason for this request is that the parties have been actively discussing settlement and would like an additional two (2) weeks to determine if the matter can be resolved.

We thank the Court for its time and consideration of this request.

Respectfully submitted,

RIVKIN RADLER LLP


*/s/ Michael A. Troisi*
Michael A. Troisi

cc:    All parties (via ECF)

66 South Pearl Street       25 Main Street, Court Plaza North    1301 Riverplace Boulevard    477 Madison Avenue           2649 South Road, Suite 100
Albany, NY 12207-1533       Suite 501                            Jacksonville, FL 32207-9047  New York, NY 10022-5818      Poughkeepsie, NY 12601-6843
T 518.462.3000 F 518.462.4199  Hackensack, NJ 07601-7082         T 904.792.8925 F 904.467.3461  T 212.455.9555 F 212.687.9044  T 845.473.8100 F 845.473.8777
                            T 201.287.2460 F 201.489.0495